# EXHIBIT A

## Prepetition Organization Structure

