# EXHIBIT B

**Sale Order**

**[TO COME]**