# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRIENDLY ICE CREAM CORPORATION,<br><br>Debtor.<br><br>Tax I.D. No. 04-2053130 | Chapter 11<br><br>Case No. 11-13167 (KG) |
| In re:<br><br>FRIENDLY'S RESTAURANTS FRANCHISE, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 00-0953693 | Chapter 11<br><br>Case No. 11-13166 (KG) |
| In re:<br><br>FRIENDLY'S REALTY I, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 04-3582580 | Chapter 11<br><br>Case No. 11-13168 (KG) |
| In re:<br><br>FRIENDLY'S REALTY II, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 04-3582581 | Chapter 11<br><br>Case No. 11-13169 (KG) |

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FRIENDLY'S REALTY III, LLC, | ) | Case No. 11-13170 (KG) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 04-3582583 | ) | |
| | ) | Re: Court Docket No. 2 |

**ORDER DIRECTING JOINT ADMINISTRATION OF
RELATED CHAPTER 11 CASES**

Upon the motion (the "<u>Motion</u>")[1] of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") for entry of an order (this "<u>Order</u>") directing the joint administration of the Debtors' related chapter 11 cases, all as more fully set forth in the Motion; and upon the First Day Declaration; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein before the Court (the "<u>Hearing</u>"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

K&E 20046144

before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 11-13167 (KG).

3. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FRIENDLY ICE CREAM CORPORATION, *et al.*,[1] | ) Case No. 11-13167 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

4. The foregoing caption shall satisfy the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. An entry shall be made on the docket of each of the Debtors' cases, other than that of Friendly Ice Cream Corporation, that is substantially similar to the following:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware Directing joint administration of these chapter 11 cases of: Friendly Ice Cream Corporation; Friendly's Restaurants Franchise, LLC; Friendly's Realty I, LLC; Friendly's Realty II, LLC; and Friendly's Realty III, LLC. All further pleadings and other papers

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Friendly Ice Cream Corporation (3130); Friendly's Restaurants Franchise, LLC (3693); Friendly's Realty I, LLC (2580); Friendly's Realty II, LLC (2581); and Friendly's Realty III, LLC (2583). The location of the Debtors' corporate headquarters and the Debtors' service address is: 1855 Boston Road, Wilbraham, Massachusetts 01095.

shall be filed in, and all further docket entries shall be made in, Case No. 11-13167 (KG).

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the District of Delaware shall keep, one consolidated docket, one file, and one consolidated service list.

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases.

8. Notice of the Motion as provided therein shall be deemed good and sufficient and the requirements of Bankruptcy Rule 6004(a) and the Local Bankruptcy Rules are satisfied by such notice.

9. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

Dated: OCTOBER 6, 2011
Wilmington, Delaware

                                                         _____
                                                         The Honorable Kevin Gross
                                                         United States Bankruptcy Judge

4

K&E 20046144