UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Friendly Ice Cream Corporation | : | Case No. 11-13167 (KG) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **FM Facility Maintenance**, Attn: John Pavia, 10 Columbus Blvd., 4th Floor, Hartford, CT 06106, Phone: 860-466-7428, Fax:860-466-7403

2. **The Bank of New York c/o Bank of New York Mellon Trust Company**, Attn: Robert Major, 6525 West Campus Oval, New Albany, OH 43054, Phone: 614-775-5278, Fax: 614-775-5636

3. **Pension Benefit Guaranty Corporation**, Attn: Jack Butler, 1200 K Street, N.W., Washington, DC 20005-4026, Phone: 202-326-4070 Fax: 202-842-2643

4. **GGP Limited Partnership**, Attn: Julie Minnick Bowden, 110 North Wacker Drive, Chicago, IL 60606, Phone: 312-960-2707, Fax: 312-442-6374

5. **KSL Media, Inc.**, Attn: Russell Dean, 15910 Ventura Blvd., 9th Floor, Encino, CA 91436, Phone: 818-461-5934

6. **The Coca-Cola Company**, Attn: Joseph Johnson, c/o Litigation and Employment Group PO Box 1734, Mailstop NAT 2008, Atlanta, GA 30313, Phone: 404-676-4150, Fax: 404-598-4150

7. **Realty Income Corporation**, Attn: Michael Pfeiffer, 600 La Terraza Blvd., Escondido, CA 92025, Phone: 760-317-2961, Fax: 760-741-2235

ROBERTA A. DEANGELIS
United States Trustee, Region 3

 /s/Richard Schepacarter *for*,
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: October 12, 2011

Attorney assigned to this Case: Richard Schepacarter, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Laura Davis Jones, Esquire, Phone: (302) 652-4100, Fax: (302) 652-4400