**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| FRIENDLY ICE CREAM CORPORATION, *et al.*,[1] ) | |
| ) | Case No. 11-13167 (KG) |
| Debtors. ) | |
| ) | Jointly Administered |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

*PLEASE TAKE NOTICE* that Akin Gump Strauss Hauer & Feld LLP and Blank Rome LLP hereby appear in the above-captioned cases as proposed co-counsel for the Official Committee of Unsecured Creditors (the "Committee") of Friendly Ice Cream Corporation, *et al.* (collectively, the "Debtors"), and enter their appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and request pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that copies of all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

| | |
|---|---|
| Daniel H. Golden, Esquire | David W. Carickhoff, Esquire |
| Philip C. Dublin, Esquire | Stanley B. Tarr |
| **Akin Gump Strauss Hauer & Feld LLP** | **Blank Rome LLP** |
| One Bryant Park | 1201 Market Street, Suite 800 |
| New York, NY 10036 | Wilmington, DE 19801-4226 |
| Tel: (212) 872-1000 | Tel: (302) 425-6400 |
| Fax: (212) 872-1002 | Fax: (302) 425-6464 |
| Email: dgolden@akingump.com | Email: carickhoff@blankrome.com |
| Email: pdublin@akingump.com | Email: tarr@blankrome.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Friendly Ice Cream Corporation (3130); Friendly's Restaurants Franchise, LLC (3693); Friendly's Realty I, LLC (2580); Friendly's Realty II, LLC (2581); and Friendly's Realty III, LLC (2583). The location of the Debtors' corporate headquarters and the Debtors' service address is: 1855 Boston Road, Wilbraham, Massachusetts 01095.

***PLEASE TAKE FURTHER NOTICE***, that pursuant to Bankruptcy Code section 1109(b), the foregoing demand includes, without limitation, the notices and papers referred to in Bankruptcy Rule 2002, any orders and notice of any application, complaint, demand, motion, petition, pleading or request whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, hand delivery, overnight carrier, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

***PLEASE TAKE FURTHER NOTICE***, that the undersigned intend that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of any substantive or procedural rights of these estates and the Committee, including, without limitation, to: (i) have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"); (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, and (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which these estates and the Committee are or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments are expressly reserved.

Dated: October 13, 2011

        **Blank Rome LLP**

        By: */s/ Stanley B. Tarr*
        David W. Carickhoff (DE No. 3715)
        Stanley B. Tarr (DE No. 5535)
        1201 Market Street, Suite 800
        Wilmington, DE 19801
        Telephone: (302) 425-6400
        Facsimile: (302) 425-6464
        Email: Carickhoff@blankrome.com
        Email: Tarr@blankrome.com

        - and -

        Daniel H. Golden
        Philip C. Dublin
        **AKIN GUMP STRAUSS HAUER & FELD LLP**
        One Bryant Park
        New York, NY 10036
        Telephone: (212) 872-1000
        Facsimile: (212) 872-1002
        Email: dgolden@akingump.com
        Email: pdublin@akingump.com

        *Proposed Co-Counsel to the Official Committee of Unsecured Creditors of Friendly Ice Cream Corporation, et al.*