IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**FRIENDLY ICE CREAM CORPORATION,** *et al.,*<br><br>Debtor. | Chapter 11<br><br>Case No. 11-13167 (KG)<br>(Jointly Administered)<br><br>Related DI Nos. 139, 5 |

**JOINDER OF G. B. KRESSON, LLC TO LIMITED OBJECTION OF HOLYOKE MALL COMPANY, L.P., AVIATION MALL NEWCO, LLC AND PCK DEVELOPMENT COMPANY, L.L.C. TO DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING EXPEDITED PROCEDURES FOR (A) REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND <u>(B) ABANDONMENT OF PERSONAL PROPERTY</u>**

G. B. Kresson, LLC, by and through its undersigned counsel, hereby joins in the Limited Objection (the "Limited Objection") of Holyoke Mall Company, L.P., Aviation Mall NewCo, LLC and PCK Development Company, L.L.C. to Debtors' Motion for Entry of an Order Authorizing and Approving Expedited Procedures for (A) Rejection of Executory Contracts and Unexpired Leases and (B) Abandonment of Personal Property submitted by the Landlords on October 17, 2011 [Docket No. 139], which was filed in response to the Debtors' Motion for Entry of an Order Authorizing and Approving Expedited Procedures for (A) Rejection of Executory Contracts and Unexpired Leases and (B) Abandonment of Personal Property filed on October 5, 2011 [Docket No. 5.]

G. B. Kresson, LLC joins in the Limited Objection for the reasons set forth more fully therein, as well as those objections of other Landlords to the extent not inconsistent with the Limited Objection.

Dated: October 17, 2011
Wilmington, Delaware

        Respectfully Submitted,

        WHITEFORD TAYLOR PRESTON LLC

        /s/  Thomas J. Francella, Jr.
        Thomas J. Francella, Jr., Esquire (DE 3835)
        1220 N. Market Street, Suite 608
        Wilmington, Delaware 19801-2535
        Telephone:  (302) 357-3252
        Facsimile:  (302) 357-3272
        Email:  tfrancella@wtplaw.com

        and

        Aaron L. Casagrande, Esquire
        Whiteford Taylor Preston LLP
        Seven Saint Paul Street
        Baltimore, Maryland 21202-1636
        Telephone:  (410) 347-8700
        Facsimile:  (410) 752-7092
        Email:  acasagrande@wtplaw.com

        Counsel for G.B. Kresson, LLC

**CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that a true copy of the Joinder of G. B. Kresson, LLC to Limited Objection of Holyoke Mall Company, L.P., Aviation Mall NewCo, LLC and PCK Development Company, L.L.C. to Debtors' Motion for Entry of an Order Authorizing and Approving Expedited Procedures for (A) Rejection of Executory Contracts and Unexpired Leases and (B) Abandonment of Personal Property was served through the Court's electronic filing system, and mailed by first class mail, postage prepaid, on the 18th day of October, 2011 to:

Leslie C. Heilman, Esq.  
Ballard Spahr, LLP  
919 N. Market Street, 11th Floor  
Wilmington, DE  19081  

Kevin M. Newman, Esq.  
Menter, Rudin & Trivelpiece, PC  
308 Maltbie Street, Suite 200  
Syracuse, NY  13204-1498  

Michael Nestor, Esq.  
Young Conaway Stargatt & Taylor LLP  
1000 West Street, 17th Floor  
Wilmington, DE  19081  

Laura Davis Jones, Esquire  
Pachulski Stang Ziehl & Jones LLP  
919 North Market Street, 17th Floor  
Wilmington, DE  19801  

James A. Stempel, Esq.  
Kirkland & Ellis, LLP  
300 North LaSalle  
Chicago, IL  60654  

Jesse H. Austin, III, Esq.  
Paul Hastings LLP  
600 Peachtree Street, NE, Suite 2400  
Atlanta, GA  30308  

Richard W. Riley, Esq.  
Duane Morris LLP  
222 Delaware Avenue, Suite 1600  
Wilmington, DE  19081-1659  

Bryan R. Kaplan, Esq.  
Paul Hastings LLP  
75 East 55th Street  
New York, NY  10022-3205  

Richard Schepacarter, Esq.  
Office of the U.S. Trustee  
844 King Street, Suite 2207  
Lockbox #35  
Wilmington, DE  19081  

Neil E. Herman, Esq.  
Morgan Lewis & Bockius LLP  
101 Park Avenue  
New York, NY  10078  

David W. Carickhoff, Esq.  
Blank Rome LLP  
1201 Market Street, Suite 800  
Wilmington, DE  19801  

Daniel H. Golden, Esq.  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
New York, NY  10036  

*1974311*