UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | CHAPTER 11 |
| FRIENDLY ICE CREAM CORPORATION, *et al.* : | CASE NO. 11-13167 (KG) |
| Debtors. : | (Jointly Administered) |

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO MASTER SERVICE LIST

**Douglas M. Evans**, of Kroll, McNamara, Evans & Delehanty, LLP, hereby appears on behalf of **Wethersfield Shopping Center, LLC** and requests that pursuant to Bankruptcy Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and Section 1109(b) of the United States Bankruptcy Code, that all notices given or required to be given in connection with the above-captioned Chapter 11 case, and all papers served or required to be served in connection therewith, be given and served upon the following:

**Douglas M. Evans, Esquire**
**Kroll, McNamara, Evans & Delehanty, LLP**
**65 Memorial Road, Suite 300**
**West Hartford, Connecticut 06107**
**Phone 860-561-7070**
**Facsimile 860-561-7075**
**Email: bankr@kmelaw.com**

**PLEASE TAKE FURTHER NOTICE** that the foregoing request for service and notice includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and

whether transmitted or conveyed by hand delivery, mail delivery, telephone, telegraph, telex, telecopy facsimile or otherwise, which affects the Debtor or the property of the Debtor.

The filing of this request does not constitute a waiver, and all rights are reserved, including objection to subject matter and personal jurisdiction.

Respectfully submitted this 4th day of November, 2011.

By _____
Douglas M. Evans, Esq.
KROLL, McNAMARA, EVANS
& DELEHANTY, LLP
65 Memorial Road, Suite 300
West Hartford, CT 06107
Phone: (860) 561-7070
Fax: (860) 561-7075