# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRIENDLY ICE CREAM CORPORATION, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 11-13167 (KG)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**SPIRIT FINANCE CORPORATION**

in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings, and any other matter in which notice is required pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to Spirit Finance Corporation in care of the undersigned at the address set forth below:

| | |
|---|---|
| Scott K. Brown<br>Lewis and Roca LLP<br>40 North Central Avenue, 19th Floor<br>Phoenix, AZ  85004<br>Telephone:    (602) 262-5321<br>Facsimile:      (602) 734-3866<br>E-mail:  SBrown@LRLaw.com | Marvin C. Ruth<br>Lewis and Roca LLP<br>40 North Central Avenue, 19th Floor<br>Phoenix, AZ  85004<br>Telephone:    (602) 262-5770<br>Facsimile:      (602) 734-3909<br>E-mail:  MRuth@LRLaw.com |

By: /s/  Scott K. Brown
    Scott K. Brown, AZ State Bar # 020390

2519702.1

Certificate of Service

I do hereby certify that a true and correct copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

Brad Weiland
James A. Stempel
Jeffrey D. Pawlitz
Nora S. Tauke Schweighart
Ross Kwasteniet
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL 60654
brad.weiland@kirkland.com
james.stempel@kirkland.com
jeffrey.pawlitz@kirkland.com
nora.schweighart@kirkland.com
ross.kwasteniet@kirkland.com
*Attorneys for Debtors*

Kathleen P. Makowski
Laura Davis Jones
Timothy P. Cairns
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19899
kmakowski@pszjlaw.com
ljones@pszjlaw.com
tcairns@pszjlaw.com
*Attorneys for Debtors*

Abid Qureshi
Ashleigh L. Blaylock
Daniel H. Golden
Joseph L. Sorkin
Philip C. Dublin
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
aqureshi@akingump.com
blaylocka@akingump.com
dgolden@akingump.com
jsorkin@akingump.com
pdublin@akingump.com
*Attorneys for Unsecured Creditors Committee*

2

2519702.1

David W. Carickhoff
Stanley B. Tarr
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801
carickhoff@blankrome.com
tarr@blankrome.com
*Attorneys for Unsecured Creditors Committee*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035
*U.S. Trustee*

Dated this 9th day of November, 2011.   By: /s/  Scott K. Brown
    Scott K. Brown, AZ State Bar # 020390
    Marvin C. Ruth, AZ State Bar # 024220
Lewis and Roca LLP
40 North Central Avenue, 19th Floor
Phoenix, AZ  85004
Telephone:    (602) 262-5321
Facsimile:     (602) 734-3866
E-mail:           SBrown@LRLaw.com
               MRuth@LRLaw.com