**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FRIENDLY ICE CREAM CORPORATION., *et al*.,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No.: 11-13167 (KG)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, Jeffrey Bernstein, Esquire, and Nicole Leonard, Esquire of McElroy, Deutsch, Mulvaney & Carpenter, LLP, hereby enters their appearance on behalf of Preferred Freezer Services of Westfield, LLC ("Preferred Freezer Services"), and pursuant to Rules 2002(g), 2002(i), 3017 and 9007, and requests, unless otherwise directed by the Court, that all notices that are required to be given in this case or in any related adversary proceeding, and all papers that are required to be served in this case be given to and served upon them, at the office, telephone and facsimile number set forth below:

Jeffrey Bernstein, Esq.<br>
Nicole Leonard, Esq.<br>
MCELROY, DEUTSCH, MULVANEY<br>
& CARPENTER, LLP<br>
Three Gateway Center<br>
100 Mulberry Street<br>
Newark, New Jersey 07102-4079<br>
Phone: (973) 622-7711<br>
Facsimile: (973) 622-5314<br>
jbernstein@mdmc-law.com<br>
nleonard@mdmc-law.com

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Friendly Ice Cream Corporation (3130), Friendly's Restaurants Franchise, LLC (3693), Friendly's Realty I, LLC (2580), Friendly's Realty II, LLC (2581), and Friendly's Realty III, LLC (2583). The location of the Debtors' corporate headquarters and the Debtors' service address is: 1855 Boston Road, Wilbraham, Massachusetts 01095.

PLEASE TAKE FURTHER NOTICE that request is hereby also made for service of copies of all papers, including but not limited to reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements (or circulated drafts of any of the foregoing), and answering reply papers filed in the above-captioned case or any related adversary proceeding by mailing one copy of each, unless otherwise directed by the Court to the above address.

PLEASE TAKE FURTHER NOTICE that Preferred Freezer Services does not intend this Notice of Appearance and Request for Service, nor any subsequent appearance, pleading, claim, or suit, to waive any rights to which it may be entitled including, but not limited to: (i) its right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) its right to trial by jury in any proceeding related to this case; (iii) its right to have the District Court withdraw the reference in any matter subsequent to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to which it may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments it expressly reserves.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service does not constitute an agreement to accept services of initial process under Rule 4, Fed. R. Civ. P., or Rule 7004, Fed. R. Bankr. P., nor shall it result in the

undersigned counsel being deemed to be the agent of Preferred Freezer Services for such purpose.

                                        Respectfully Submitted

                                        McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

Dated: November 17, 2011        /s/ *Gary D. Bressler*
                                        Gary D. Bressler (No. 5544)
                                        300 Delaware Avenue
                                        Suite 770
                                        Wilmington, DE 19801
                                        Telephone: 302-300-4515
                                        Fax: 302-654-4031
                                        gbressler@mdmc-law.com

                                        *Counsel to Preferred Freezer Services of Westfield, LLC*