**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**
-----------------------------------------------------------X

In re:

Friendly Ice Cream Corporation, et. al.

                              Debtors
-----------------------------------------------------------X

Chapter 11
Case No. 11-13167 (KG)

(Jointly Administered)

## NOTICE OF APPEARANCE AND REQUEST FOR MATRIX ENTRY
## AND FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rule 9010 (b), JILLY C, LLC, PARIS P, LLC and MJDP, LLC (hereinafter collectively referred to as "JILLY"), Creditors and parties-in-interest in this proceeding appear by their counsel, Peter J. Terracciano, Esq. of Joseph & Terracciano LLP, and requests that its appearance be noted on the Clerk's matrix system.

JILLY also requests that all notices given, or required to be given, pursuant to Bankruptcy Rules 2002, 9008, 9013 and 9014, and that all documents served, or required to be served, be given to and served upon its counsel at the following address:

> Peter J. Terracciano, Esq.
> Joseph & Terracciano LLP
> 2 Roosevelt Avenue, Suite 200
> Syosset, NY 11791
> Tel. No. (516) 496-0202
> Fax No. (516) 921-7785
> e-mail: contact@jtesqs.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, request, complaint or demand, whether

formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telex, or otherwise, that affect the above captioned Debtor or Debtor-in-possession, or the property or proceeds of such Debtor or the Debtor's estate.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is not a general authorization or consent for services of process and any subsequent appearance, pleading, claim or suit is not intended nor shall it be deemed to waive JILLY'S: (i) right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which JILLY is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

Dated: New York, New York
      November 15, 2011

JOSEPH & TERRACCIANO, LLP

By:_____
Peter J. Terracciano, Esq. (PJT 0798)
*Attorneys for JILLY C, LLC,*
*PARIS P, LLC and MJDP, LLC*
2 Roosevelt Avenue, Suite 200
Syosset, NY 11791
(516) 496-0202

To:    Parties to Annexed Service List