# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FRIENDLY ICE CREAM | ) | Case No. 11-13167 |
| CORPORATION, *et al.,* | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **RE: DOCKET NOS. 15, 337** |

## OBJECTION OF FISHKILL CRYSTAL PROPERTIES, LLC TO DEBTORS' PROPOSED CURE AMOUNTS

Fishkill Crystal Properties, LLC ("Fishkill") hereby objects (the "Objection") to the Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases (the "Cure Notice"), filed and served by the above-captioned debtors and debtors-in-possession (the "Debtors"). In support of this Objection, Fishkill respectfully states as follows:

## BACKGROUND

1. On October 5, 2011 (the "Petition Date"), the Debtors filed voluntary petitions for relief pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2. On or about August 30, 2007, Fishkill entered into a contract entitled "Land and Building Lease Agreement" (the "Agreement") with Debtor Friendly Ice Cream Corporation to lease a store location at 1053 Main Street, Fishkill, NY 12524 (the "Property").

3. On October 5, 2011, the Debtors filed their Motion For Entry of (A) An Order Approving Bidding Procedures and Notice Procedures and (B) An Order (I) Approving the Asset Purchase Agreement, Including Expense Reimbursement; (II) Authorizing the Sale of All or Substantially All of the Assets of the Debtors Free and Clear of All Liens, Claims, Encumbrances and Other Interests; (III) Authorizing the Assumption and Assignment of Certain

Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief (the "Sale Motion").

4. On November 8, 2011, Debtors filed the Cure Notice with the Bankruptcy Court. By the Sale Motion and the Cure Notice, the Debtors propose to pay a cure amount of $11,904.00 to Fishkill (the "Proposed Cure Amount") in connection with the potential assumption of the Agreement.

**FISHKILL'S OBJECTION**

5. Fishkill objects to the Proposed Cure Amount specified in the Cure Notice. As of the date of the filing of this Objection, the Debtors owe Fishkill an amount of $26,385.51, plus interest and fees for late payment.

6. Moreover, the amount of money the Debtors will owe to Fishkill will continue to increase, as the Debtors continue to occupy the Property and accrue liability to Fishkill.

7. Therefore, given this continuously accruing liability, Fishkill objects to the capping of a cure amount as is suggested by the Cure Notice, and instead requests that the cure amount paid to Fishkill be increased to reflect all amounts owed as of the date of the potential assumption of the Agreement.

8. Accordingly, Fishkill reserves its right to amend and/or revise this Objection and its alleged cure amount to account for all amounts owed as of the effective date of the assumption and assignment of the Agreement. Fishkill also requests the escrow of disputed amounts, along with a sufficient reserve, in Fishkill's discretion, to govern all amounts due and owing under the Agreement as of the effective date.

WHEREFORE, Fishkill respectfully requests that the Court condition any assumption of the Agreement on the payment of a cure claim to Fishkill in the amounts stated above, and that the Court grant Fishkill such other and further relief as is just and proper.

Dated: November 18, 2011
      Wilmington, Delaware　　　　**FOX ROTHSCHILD LLP**

By: */s/ Carl D. Neff*
    L. Jason Cornell (Bar No. 3821)
    Carl D. Neff (Bar No. 4895)
    Citizens Bank Center, Suite 1300
    919 N. Market Street, P.O. Box 2323
    Wilmington, Delaware 19899-2323
    Tel (302) 654-7444/Fax (302) 656-892

    -and-

    L. Jason Cornell, Esquire (No. 3821)
    Fox Rothschild LLP
    222 Lakeview Ave., Suite 700
    West Palm Beach, FL 33401
    Tel: 561-804-4415/ Fax: 561-835-9602

    *Attorneys for Fishkill Crystal Properties, LLC*