# EXHIBIT A

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) | Case No. 11-13167 (KG) |
| FRIENDLY ICE CREAM CORPORATION., *et al.*,[1] | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) | **Related Docket No. 302** |
|  | ) |  |

### ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FRIENDLY ICE CREAM CORPORATION, *ET AL.* TO RETAIN AND EMPLOY AKIN GUMP STRAUSS HAUER & FELD LLP AS COUNSEL, *NUNC PRO TUNC* TO OCTOBER 12, 2011

Upon the application dated November 4 , 2011 (the "Application") of the Official

Committee of Unsecured Creditors (the "Committee") of Friendly Ice Cream  Corporation, et al.

(collectively the "Debtors") for an order, pursuant to sections 328(a) and 1103(a) of title 11 of

the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the Committee to retain and

employ the law firm of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), nunc pro tunc to

October 12, 2011, and upon the Declaration of Philip C. Dublin, Esq., a member of the firm of

Akin Gump, dated November 4, 2011 (the "Dublin Declaration"); and it appearing that the

partners, counsel and associates of Akin Gump who will perform services on behalf of the

Committee in these chapter 11 cases are duly qualified to practice before this Court; and the

Court finding, based on the representations made in the Application and the Dublin Declaration,

that Akin Gump does not represent any interest adverse to the Committee and/or the Debtors'

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax
identification number, include: Friendly Ice Cream Corporation (3130); Friendly's Restaurant Franchise, LLC
(3693); Friendly's Realty I. LLC (2580); Friendly's Realty II, LLC (2581); and Friendly's Realty III, LLC (2583).
The location of the Debtors' corporate headquarters and the Debtors' service address is: 1855 Boston Road,
Wilbraham, MA 01095.

estates with respect to the matters upon which it is to be engaged, that it is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code; and it appearing Akin Gump's employment is necessary and in the best interests of the Committee and the Debtors' estates, that adequate notice of the Application having been given and that no other notice need be given; and after due deliberation and sufficient cause appearing therefore, it is **HEREBY ORDERED THAT**

1. The Application is approved to the extent provided herein.

2. In accordance with section 1103(a) and, with respect to Akin Gump's hourly rates, section 328(a) of the Bankruptcy Code, and Bankruptcy Rule 2014(a), the Committee is hereby authorized and empowered to employ and retain the firm of Akin Gump as its counsel, nunc pro tunc to October 12, 2011, to represent the Committee in these cases under chapter 11 of the Bankruptcy Code and such retention is hereby approved.

3. Akin Gump shall be compensated in accordance with the procedures set forth in Bankruptcy Code sections 330 and 331, such Bankruptcy Rules and Local Bankruptcy Rules as may then be applicable from time to time, and such procedures as may be fixed by order of this Court.

4. If Akin Gump increases the professional hourly fee rate of any Akin Gump attorney working on this matter to an amount in excess of $1,000 per hour, Akin Gump shall file a notice of rate increase with the Court.

5. The Committee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7.     The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.


Dated:     November __, 2011
           Wilmington, Delaware

           _____
           HONORABLE KEVIN GROSS
           CHIEF UNITED STATES BANKRUPTCY JUDGE