# EXHIBIT A

137819.01600/40198517v.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FRIENDLY ICE CREAM CORPORATION, *et al.*,[1] | ) | Case No. 11-13167 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related Docket. No. 303** |

**ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FRIENDLY ICE CREAM CORPORATION, *ET AL*. TO RETAIN AND EMPLOY BLANK ROME LLP AS ITS CO-COUNSEL PURSUANT TO 11 U.S.C. §§ 328 AND 1103 AND FED. R. BANKR. P. 2014 *NUNC PRO TUNC* TO OCTOBER 12, 2011**

Upon consideration of the Application (the "Application")[2] of the Official Committee of Unsecured Creditors of Friendly Ice Cream Corporation, *et al.* (the "Committee") for authorization to retain and employ Blank Rome LLP ("Blank Rome") as its co-counsel pursuant to 11 U.S.C. §§ 328 and 1103, Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"); and upon consideration of the Verified Statement of David W. Carickhoff, Esq. (the "Verified Statement"), a partner of Blank Rome; and this Court being satisfied that Blank Rome represents no interest adverse to the Debtors or their estates with respect to the matters upon which it is to be engaged, and that its employment is necessary and in the best interests of the Committee; and it appearing that due and proper notice of the Application has been provided and that no other or further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Friendly Ice Cream Corporation (3130); Friendly's Restaurants Franchise, LLC (3693); Friendly's Realty I, LLC (2580); Friendly's Realty II, LLC (2581); and Friendly's Realty III, LLC (2583). The location of the Debtors' corporate headquarters and the Debtors' service address is: 1855 Boston Road, Wilbraham, Massachusetts 01095.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Application.

notice need be given; and after due deliberation and good and sufficient cause appearing therefore, it is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Pursuant to Bankruptcy Code sections 328 and 1103, Bankruptcy Rule 2014, and Local Rule 2014-1, the Committee is authorized and empowered to retain and employ the firm of Blank Rome as co-counsel in the Chapter 11 Cases, *nunc pro tunc* to October 12, 2011.

3. The firm of Blank Rome shall make appropriate application to this Court, and shall be compensated, in accordance with the provisions of Bankruptcy Code sections 330 and 331, the applicable Bankruptcy Rules, the Local Rules and orders of this Court with respect to compensation of professionals.

4. During the pendency of the Chapter 11 Cases, this Court shall retain jurisdiction with respect to any matter, claims, rights or disputes arising from or related to the implementation of this Order.

Dated: November __, 2011

_____
HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE