# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FRIENDLY ICE CREAM CORPORATION, *et al.*,[1] | ) | Case No. 11-13167 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related Docket No. 304** |

## CERTIFICATE OF NO
## OBJECTION REGARDING DOCKET NO. 304

On November 4, 2011, the Official Committee of Unsecured Creditors (the "*Committee*") of Friendly Ice Cream Corporation, et al., filed the **Application of the Official Committee of Unsecured Creditors of Friendly Ice Cream Corporation, et al. to Retain and Employ FTI Consulting, Inc. as Financial Advisor, *Nunc Pro Tunc* to October 14, 2011** (the "*Application*") [Docket No. 304]. Pursuant to the Notice of the Application, objections to the Application were to be filed and served no later than November 16, 2011 at 4:00 p.m. (ET). The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or responsive pleading to the Application. The undersigned further certifies that he has caused a review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Friendly Ice Cream Corporation (3130); Friendly's Restaurants Franchise, LLC (3693); Friendly's Realty I, LLC (2580); Friendly's Realty II, LLC (2581); and Friendly's Realty III, LLC (2583). The location of the Debtors' corporate headquarters and the Debtors' service address is: 1855 Boston Road, Wilbraham, Massachusetts 01095.

137819.01600/40198522v.1

Accordingly, the Committee respectfully requests this Court's entry of the proposed order attached hereto as Exhibit A.

Dated: November 18, 2011
Wilmington, Delaware

Respectfully submitted,

**BLANK ROME LLP**

__/s/ Stanley B. Tarr_____
David W. Carickhoff (DE No. 3715)
Stanley B. Tarr (DE No. 5535)
1201 Market Street, Suite 800
Wilmington, DE 19801-4226
Tel: (302) 425-6400
Fax: (302) 425-6464
Email: carickhoff@blankrome.com
Email: tarr@blankrome.com

-and-

Daniel H. Golden, Esquire
Philip C. Dublin, Esquire
**Akin Gump Strauss Hauer & Feld LLP**
One Bryant Park
New York, NY 10036
Tel: (212) 872-1000
Fax: (212) 872-1002
Email: dgolden@akingump.com
Email: pdublin@akingump.com

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors of Friendly Ice Cream Corporation, et al.*