**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FRIENDLY ICE CREAM CORPORATION, *et al.*,[1] | ) | Case No. 11-13167 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related Docket No.: 305** |

**CERTIFICATION OF COUNSEL REGARDING MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FRIENDLY ICE CREAM CORPORATION, ET AL. PURSUANT TO 11 U.S.C. §§ 105(a), 1102(b)(3)(A) AND 1103(c) FOR ENTRY OF AN ORDER (I) CLARIFYING ITS REQUIREMENT TO PROVIDE ACCESS TO INFORMATION UNDER 11 U.S.C. § 1102(b)(3)(A) AND (II) AUTHORIZING THE RETENTION OF KURTZMAN CARSON CONSULTANTS LLC, AS INFORMATION AGENT IN CONNECTION THEREWITH**

The undersigned hereby certifies as follows:

1. On November 4, 2011, the Official Committee of Unsecured Creditors (the "*Committee*") of Friendly Ice Cream Corporation, *et al.* (collectively, the "*Debtors*"), filed the **Motion of the Official Committee of Unsecured Creditors of Friendly Ice Cream Corporation, et al. Pursuant to 11 U.S.C. §§ 105(a), 1102(b)(3)(A) and 1103(c) for Entry of an Order (I) Clarifying Its Requirement to Provide Access to Information Under 11 U.S.C. § 1102(b)(3)(A) and (II) Authorizing the Retention of Kurtzman Carson Consultants LLC, as Information Agent in Connection Therewith** [Docket No. 305] (the "*Motion*").

2. The deadline to object or respond to the Motion was November 16, 2011 at 4:00 p.m. (ET) (the "*Objection Deadline*").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Friendly Ice Cream Corporation (3130); Friendly's Restaurants Franchise, LLC (3693); Friendly's Realty I, LLC (2580); Friendly's Realty II, LLC (2581); and Friendly's Realty III, LLC (2583). The location of the Debtors' corporate headquarters and the Debtors' service address is: 1855 Boston Road, Wilbraham, Massachusetts 01095.

3. Prior to the Objection Deadline, proposed counsel for the Committee received informal comments from the Debtors and the Office of the United States Trustee ("*OUST*"), respectively. No other comments or responses to the Motion were received.

4. The Committee agreed to add certain language in the proposed order as requested by the Debtors and the OUST to resolve the informal comments. Accordingly, the parties have agreed on a proposed **Order Pursuant to 11 U.S.C. §§ 105(a), 1102(b)(3)(A) and 1103(c) (I) Clarifying Scope of and Establishing Procedures in Connection with Creditor Access to Information under 11 U.S.C. § 1102(b)(3)(A) and (II) Authorizing the Retention of Kurtzman Carson Consultants LLC, as Information Agent in Connection Therewith** (the "*Proposed Order*"). A copy of the Proposed Order is attached hereto as Exhibit A. A blackline comparison of the Proposed Order marked to show changes from the form of order originally attached to the Motion is attached hereto as Exhibit B.

WHEREFORE, the Committee respectfully requests that this Court enter the Proposed Order.

Dated: November 18, 2011
Wilmington, Delaware

Respectfully submitted,

**BLANK ROME LLP**

  /s/ Stanley B. Tarr
David W. Carickhoff (DE No. 3715)
Stanley B. Tarr (DE No. 5535)
1201 Market Street, Suite 800
Wilmington, DE 19801-4226
Tel: (302) 425-6400
Fax: (302) 425-6464
Email: carickhoff@blankrome.com
Email: tarr@blankrome.com

-and-

Daniel H. Golden, Esquire
Philip C. Dublin, Esquire
**Akin Gump Strauss Hauer & Feld LLP**
One Bryant Park
New York, NY 10036
Tel: (212) 872-1000
Fax: (212) 872-1002
Email: dgolden@akingump.com
Email: pdublin@akingump.com

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors of Friendly Ice Cream Corporation, et al.*