# Exhibit A

# Revised Comparable Chart

| | | | | M&A Fee Analysis* | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ($ in thousands) <br> **Debtor (Case No.)** | **Advisor** | **Date Engaged (k)** | **Stalking Horse Agreement Date (k)** | **Time Span (Months)** | **Monthly Fee** | **Actual/Max. Trans. Fee** | **Total Fee (5 Months) ($)** | **(g)** | **Trans. Value** | **Total Fee as % of Trans. Value** | **Trans. Fee as % of Trans. Value** |
| DSI Holdings, Inc (11-11941) | The Rothschild Group | 1/1/2011 | 6/24/2011 | 6 | $ 150.0 | $ 1,900.0 | $ 2,462.5 | | $ 96,700 | 2.55% | 1.96% |
| Claim Jumper Restaurants (10-12819) | Piper Jaffray & Co | 4/28/2009 | 9/10/2010 | 16 | 60.0 | 1,499.0 (b) | 1,799.0 | | 76,600 | 2.35% | 1.96% |
| American Safety Razor Co. LLC (10-12351) | Lazard Middle Market LLC | 7/27/2009 | 8/26/2010 | 13 | 150.0 | 5,446.5 (c) | 6,046.5 | | 468,300 (i) | 1.29% | 1.16% |
| NEC Holdings Corp. (10-11890) | William Blair & Co. | 12/21/2009 | 7/8/2010 | 7 | 125.0 | 3,450.0 (d) | 3,700.0 (h) | | 230,000 (j) | 1.61% | 1.50% |
| Spheris, Inc. (10-10352) | Jefferies & Company, Inc. | 2/9/2009 | 2/2/2010 | 12 | 150.0 | 1,750.0 | 2,125.0 | | 116,300 | 1.83% | 1.50% |
| Maximum | | | | | $ 150.0 | $ 5,446.5 | $ 6,046.5 | | $ 468,300 | 2.55% | 1.96% |
| Minimum | | | | | 60.0 | 1,499.0 | 1,799.0 | | 76,600 | 1.29% | 1.16% |
| Median | | | | | 150.0 | 1,900.0 | 2,462.5 | | 116,300 | 1.83% | 1.50% |
| Mean | | | | | 127.0 | 2,809.1 | 3,226.6 | | 197,580 | 1.92% | 1.62% |
| **Friendly Ice Cream Corporation** | **Duff and Phelps** | 9/16/2011 | 10/31/2011 | 1.5 | $ 125.0 (a) | $ 1,350.0 (e) | $ 1,550 | | $ 75,000 | 2.07% | 1.80% |
| | | | | | $ 125.0 (a) | $ 1,750.0 (f) | $ 1,950 | | $ 75,000 | 2.60% | 2.33% |

Notes:
*All numbers are in accordance with Duff and Phelps reply unless otherwise indicated.
(a) Monthly fee reduced from $125K to $100K after the first three months.
(b) Transaction Fee of $1,499K according to Final Fee App.
(c) Transaction Fee of $5,447K according to Final Fee App.
(d) Transaction Fee of $3.54MM according to Final Fee App.
(e) $1.35MM if the Restructuring Transaction involves a sale or transfer of ownership of the Company to a lender or equity holder of the Company.
(f) $1.75MM if the Restructuring Transaction involves a sale or transfer of ownership of the Company to a party who is not a lender to or equity holder of the Company.
(g) Monthly fees for 5 months have been assumed with an offset for all Monthly Credits, where applicable, which have been applied in accordance with each individual engagement letter.
(h) Amount differs slightly from Duff and Phelps ($3.513MM) to reflect Monthly Credits as set forth in William Blair's retention order.
(i) Aggregate Consideration of $468.3MM as indicated on the Final Fee App.
(j) Backed into the Transaction Value based on the actual Transaction Fee and the stated rate (i.e. 1.5% of the Transaction Value).
(k) Source: Bankruptcy Filings