## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMICUS WIND DOWN CORPORATION, *et al.*,[1] | ) | Case No. 11-13167 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## POST-CONFIRMATION QUARTERLY OPERATING
## REPORT OF THE FRIENDLY'S LIQUIDATING TRUST FOR
## THE PERIOD FROM JANUARY 1, 2019 THROUGH MARCH 31, 2019

Comes now the Friendly's Liquidating Trust and files its *Post-Confirmation Quarterly Operating Report for the Period from January 1, 2019 through March 31, 2019* in accordance with the guidelines established by the Office of the United States Trustee and Fed. R. Bankr. P. 2015.

**Exhibit A** attached hereto sets forth the quarterly operating reporting in connection with accounts held and administered by the Liquidating Trustee (as defined in the Plan).

Dated:  April 22, 2019
       Wilmington, Delaware

**BLANK ROME LLP**

*/s/ Stanley B. Tarr*
Stanley B. Tarr (DE No. 5535)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6400 – Telephone

*Counsel to Friendly's Liquidating Trust*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Amicus Wind Down Corporation f/k/a Friendly Ice Cream Corporation (3130); Amicus Restaurants Franchise Wind Down, LLC f/k/a Friendly's Restaurants Franchise, LLC (3693); Amicus Realty I Wind Down, LLC f/k/a Friendly's Realty I, LLC (2580); Amicus Realty II Wind Down, LLC f/k/a Friendly's Realty II, LLC (2581); and Amicus Realty III Wind Down, LLC f/k/a Friendly's Realty III, LLC (2583).

# **<u>EXHIBIT A</u>**

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 1

QUARTERLY OPERATING REPORT - 1Q 2019
POST CONFIRMATION

ATTACHMENT NO. 1

| | QUESTIONNAIRE | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | x |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | x |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | x |
| 4. | Is the Debtor current on all post-confirmation plan payments? | x | |
| | | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| | INSURANCE INFORMATION | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | N/A | |
| 2. | Are all premium payments current? | N/A | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY        and        CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | |
| | | | |

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| |

Estimated Date of Filing the Application for Final Decree:                    2019

I declare under penalty of perjury that this statement and the accompanying
documents and reports are true and correct to the best of my knowledge and belief.

This 19th day of April 2019.

_____
Debtor's Signature

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 2**

### CHAPTER 11 POST-CONFIRMATION
### SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| **Case Name:** | In Re: Amicus Wind Down |
| **Case Number:** | 11-13167 |
| **Date of Plan Confirmation:** 06/05/12 | |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Quarterly | Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $ 1,286,504.93 | $ 2,807,483.53 |
| 2. | **INCOME or RECEIPTS during the Period** | $ 0.00 | $ 454,466.67 |
| 3. | **DISBURSEMENTS** | | |
| a. | **Operating Expenses (Fees/Taxes):** | | |
| (i) | U.S. Trustee Quarterly Fees | $ 650.00 | $ 15,279.52 |
| (ii) | Federal Taxes | $ 0.00 | $ 1,774.09 |
| (iii) | State Taxes | $ 0.00 | $ 4,261.65 |
| (iv) | Other Taxes | $ 0.00 | $ 0.00 |
| b. | **All Other Operating Expenses:** | $ 10,892.01 | $ 1,946,380.04 |
| c. | **Plan Payments:** | | |
| (i) | Administrative Claims | $ 0.00 | $ 6,162.80 |
| (ii) | Class One | $ 0.00 | $ 0.00 |
| (iii) | Class Two (Secured Claims) | $ 0.00 | $ 13,129.18 |
| (iv) | Class Three | $ 0.00 | $ 0.00 |
| (v) | Class Four | $ 0.00 | $ 0.00 |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | $ 11,542.01 | $ 1,986,987.28 |
| 1. | **CASH (End of Period)** | $ 1,274,962.92 | $ 1,274,962.92 |

**MONTHLY OPERATING REPORT** -
**POST CONFIRMATION**

**ATTACHMENT NO. 3**

**QUARTERLY OPERATING REPORT** - 1Q 2019
**POST CONFIRMATION**

**ATTACHMENT NO. 3**

### CHAPTER 11 POST-CONFIRMATION
### BANK ACCOUNT RECONCILIATIONS
**Prepare Reconciliation for each Month of the Quarter**

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | US Bank | US Bank | | |
| Account Number: | ▮6455 | ▮6992 | | |
| Purpose of Account (Operating/Payroll/Tax) | Operating | Operating | | |
| Type of Account (e.g. checking) | Checking | Checking | | |
| | | | | |
| 1.  Balance per Bank Statement | 1,274,962.92 | 600,000.00 | | |
| 2.  ADD: Deposits not credited | | | | |
| 3.  SUBTRACT: Outstanding Checks | 0.00 | 0.00 | | |
| 4.  Other Reconciling Items | | | | |
| 5.  Month End Balance (Must Agree with Books) | 1,274,962.92 | 600,000.00 | | |
| | | | | |

**Note:  Attach copy of each bank statement and bank reconciliation.**

| Investment Account Information<br><br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note:  Attach copy of each investment account statement.**

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 4**

**QUARTERLY OPERATING REPORT - 1Q 2019
POST CONFIRMATION**

**ATTACHMENT NO. 4**

**CHAPTER 11 POST-CONFIRMATION
CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| Name of Bank | US Bank |
|---|---|
| Account Number | ████6455 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 3116 | 1/3/2019 | Solution Trust | Fees and Costs | 2,500.00 |
| | 1/15/2019 | Analysis Service Charge | Bank Fee | 301.51 |
| 3117 | 1/24/2019 | U.S. Trustee | Fee | 650.00 |
| 3118 | 2/1/2019 | Solution Trust | Fees and Costs | 2,502.00 |
| | 2/14/2019 | Analysis Service Charge | Bank Fee | 277.85 |
| | 3/14/2019 | Analysis Service Charge | Bank Fee | 310.65 |
| 3119 | 3/20/2019 | Solution Trust | Fees and Costs | 2,500.00 |
| 3120 | 3/28/2019 | Solution Trust | Fees and Costs | 2,500.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 11,542.01 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.



# US bank

**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

8823        TRN                    S          Y        ST01

Account Number:
████ 6455

Statement Period:
Jan 2, 2019
through
Jan 31, 2019

Page 1 of 1

ıllıılllıʼllʼllıılıılʼlıılılılıılʼllılıılılıılʼllılıʼllʼlı
000025384 01  AV  0.383  106481895693945 P  Y
FRIENDLYS LIQUIDATING TRUST
17000 VENTURA BLVD STE 300
ENCINO CA  91316-4112



☎                                          *To Contact U.S. Bank*

**Commercial Customer
Service:**                                          *1-866-642-8143*

**U.S. Bank accepts Relay Calls**

**Internet:**                                          *usbank.com*

---

# INFORMATION YOU SHOULD KNOW

**Effective February 11, 2019** the **"Your Deposit Account Agreement"** booklet will include an update that may affect your rights.
Starting February 11, to download a copy of the revised booklet by logging in to our secure website at
**usbank.com/tmtermsandconditions** using access code **terms2019.** You may also call your customer service team at the phone
number listed at the top of this statement to request a copy.
The main update to note in the revised **"Your Deposit Account Agreement"** booklet section, and sub section, is:

- In section "Terms Applicable to all Deposit Accounts", there is an update in the "Arbitration" subsection now titled
  "Resolution of Disputes by Arbitration".

---

# ANALYZED CHECKING                                          *Member FDIC*

U.S. Bank National Association                              **Account Number** ████ **6455**

## Account Summary

| | # Items | | |
|---|---|---|---|
| Beginning Balance on Jan 2 | | $ | 1,286,504.93 |
| Other Withdrawals | 1 | | 301.51- |
| Checks Paid | 2 | | 3,150.00- |
| **Ending Balance on  Jan 31, 2019** | | **$** | **1,283,053.42** |

## Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Jan 15 | Analysis Service Charge | 1500000000 | $ | 301.51- |
| | **Total Other Withdrawals** | | **$** | **301.51-** |

## Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 3116 | Jan 3 | 8956068775 | 2,500.00 | 3117 | Jan 24 | 8953685159 | 650.00 |
| | | | | **Conventional Checks Paid (2)** | | **$** | **3,150.00-** |

## Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Jan 3 | 1,284,004.93 | Jan 15 | 1,283,703.42 | Jan 24 | 1,283,053.42 |

Balances only appear for days reflecting change.

# U.S. bank.

**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

8823    TRN    S    Y    ST01

Account Number:
████████6455

Statement Period:
Feb 1, 2019
through
Feb 28, 2019

Page 1 of 1



000025420 01  AV  0.383  106481930742393 P  Y
FRIENDLYS LIQUIDATING TRUST
17000 VENTURA BLVD STE 300
ENCINO CA  91316-4112

☎    **To Contact U.S. Bank**

**Commercial Customer Service:**    1-866-642-8143

**U.S. Bank accepts Relay Calls**

**Internet:**    usbank.com

---

## ANALYZED CHECKING

**Member FDIC**

U.S. Bank National Association

Account Numb ████████6455

### Account Summary

|  | # Items |  |  |
|---|---|---|---|
| Beginning Balance on Feb 1 |  | $ | 1,283,053.42 |
| Other Withdrawals | 1 |  | 277.85- |
| Checks Paid | 1 |  | 2,502.00- |
| **Ending Balance on  Feb 28, 2019** |  | **$** | **1,280,273.57** |

### Other Withdrawals

| Date | Description of Transaction | Ref Number |  | Amount |
|---|---|---|---|---|
| Feb 14 | Analysis Service Charge | 1400000000 | $ | 277.85- |
| | **Total Other Withdrawals** | | **$** | **277.85-** |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
|---|---|---|---|
| 3118 | Feb  1 | 9254434926 | 2,502.00 |
| | | **Conventional Checks Paid (1)** | **$    2,502.00-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|
| Feb  1 | 1,280,551.42 | Feb 14 | 1,280,273.57 |

Balances only appear for days reflecting change.

**Business Statement**

**u.s. bank**®

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

8823    TRN    S    Y    ST01

Account Number:
███████6455

Statement Period:
Mar 1, 2019
through
Mar 31, 2019

Page 1 of 1



000024507 01  AV  0.383  106481965803445 P  Y
FRIENDLYS LIQUIDATING TRUST
17000 VENTURA BLVD STE 300
ENCINO CA  91316-4112

☎                                      *To Contact U.S. Bank*

*Commercial Customer*
*Service:*                             *1-866-642-8143*

*U.S. Bank accepts Relay Calls*

*Internet:*                            *usbank.com*

---

## ANALYZED CHECKING                                  *Member FDIC*

U.S. Bank National Association                    **Account Number** ███████6455

### Account Summary

|                                | # Items |    |              |
|--------------------------------|---------|----|--------------|
| Beginning Balance on Mar 1     |         | $  | 1,280,273.57 |
| Other Withdrawals              | 1       |    | 310.65-      |
| Checks Paid                    | 2       |    | 5,000.00-    |
| **Ending Balance on  Mar 31, 2019** |    | **$** | **1,274,962.92** |

### Other Withdrawals

| Date   | Description of Transaction | Ref Number  |    | Amount  |
|--------|----------------------------|-------------|----|---------|
| Mar 14 | Analysis Service Charge    | 1400000000  | $  | 310.65- |
|        | **Total Other Withdrawals** |            | **$** | **310.65-** |

### Checks Presented Conventionally

| Check | Date   | Ref Number | Amount   | Check | Date   | Ref Number | Amount    |
|-------|--------|------------|----------|-------|--------|------------|-----------|
| 3119  | Mar 20 | 8654850897 | 2,500.00 | 3120  | Mar 28 | 8954232567 | 2,500.00  |
|       |        | **Conventional Checks Paid (2)** | | | | **$** | **5,000.00-** |

### Balance Summary

| Date   | Ending Balance | Date   | Ending Balance | Date   | Ending Balance |
|--------|----------------|--------|----------------|--------|----------------|
| Mar 14 | 1,279,962.92   | Mar 20 | 1,277,462.92   | Mar 28 | 1,274,962.92   |

Balances only appear for days reflecting change.

# usbank®

**Business Statement**

Account Number:
████6992

Statement Period:
Jan 2, 2019
through
Jan 31, 2019

Page 1 of 1

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

8823        TRN          S          Y        ST01



000025372 01 AV 0.383 106481895693933 P Y
FRIENDLYS LIQUIDATING TRUST
RESERVE
17000 VENTURA BLVD STE 300
ENCINO CA 91316-4112

☎                                                   *To Contact U.S. Bank*

*Commercial Customer
Service:*                                             *1-866-642-8143*

*U.S. Bank accepts Relay Calls*

*Internet:*                                             *usbank.com*

---

## INFORMATION YOU SHOULD KNOW

**Effective February 11, 2019** the **"Your Deposit Account Agreement"** booklet will include an update that may affect your rights. Starting February 11, to download a copy of the revised booklet by logging in to our secure website at **usbank.com/tmtermsandconditions** using access code **terms2019**. You may also call your customer service team at the phone number listed at the top of this statement to request a copy.

The main update to note in the revised **"Your Deposit Account Agreement"** booklet section, and sub section, is:

- In section "Terms Applicable to all Deposit Accounts", there is an update in the "Arbitration" subsection now titled "Resolution of Disputes by Arbitration".

---

## ANALYZED CHECKING                                                                 *Member FDIC*

U.S. Bank National Association                                              **Account Numb**████**6992**

**Account Summary**

| | | |
|---|---|---|
| Beginning Balance on Jan 2 | $ | 600,000.00 |
| **Ending Balance on Jan 31, 2019** | **$** | **600,000.00** |



**us bank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

8823       TRN                S           Y       ST01

**Business Statement**

Account Number:
███████6992

Statement Period:
Feb 1, 2019
through
Feb 28, 2019

Page 1 of 1



000025437 01 AV 0.383 106481930742410 P Y
FRIENDLYS LIQUIDATING TRUST
RESERVE
17000 VENTURA BLVD STE 300
ENCINO CA 91316-4112

☎                                    *To Contact U.S. Bank*

*Commercial Customer*
*Service:*                           *1-866-642-8143*

*U.S. Bank accepts Relay Calls*
*Internet:*                          *usbank.com*

---

## ANALYZED CHECKING                                                    *Member FDIC*

U.S. Bank National Association                        **Account Number** ████6992
**Account Summary**

| | | |
|---|---|---|
| Beginning Balance on Feb 1 | $ | 600,000.00 |
| Ending Balance on Feb 28, 2019 | $ | 600,000.00 |

---



**U.S. bank**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

8823       TRN           S           Y       ST01

**Business Statement**

Account Number:
▓▓▓▓▓▓6992

Statement Period:
Mar 1, 2019
through
Mar 31, 2019

Page 1 of 1



000024523 01  AV  0.383  106481965803461 P  Y
FRIENDLYS LIQUIDATING TRUST
RESERVE
17000 VENTURA BLVD STE 300
ENCINO CA  91316-4112

☎                                          *To Contact U.S. Bank*

*Commercial Customer
Service:*                                   *1-866-642-8143*

*U.S. Bank accepts Relay Calls*

*Internet:*                                      *usbank.com*

---

## ANALYZED CHECKING                                          *Member FDIC*

U.S. Bank National Association                    Account Number ▓▓▓▓▓6992

### Account Summary

| | | |
|---|---|---|
| Beginning Balance on Mar 1 | $ | 600,000.00 |
| **Ending Balance on  Mar 31, 2019** | $ | 600,000.00 |