10-24-2022

US Bankruptcy Court
District of Delaware
824 Market St. 3rd Floor
Wilmington, DE 19801

FILED 2022 NOV -1 AM 9:19 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

Attention Clerk: C0900000?   DE
RE: Amicos Wind Down Corp.
    Freeze LLC
    Name of Debtors
Case 15-10197 BLS
     17-10506
Get Enterprises Inc.
F-2020-05533
F-2020-00641
F-2020-00873?
11-13167 (KG)
11-13303 (KG)
01-Jan-1970
Notice of Appeal OSCA
Notice of Deficiency?

I am writing in regards to the above subjects. My name is Tina Bertuccio and I never filed bankruptcy. I request name of parties and their lawyers. Also the name of the debtors

-2-

and debtors in possession. I sent a request in July 2022, but no response from you. Please have my lawyer call me. My family and I are in danger.

Sincerely,

Tina D'Agostino Bertuccio

cc:
Mark D. Harrison
Lawyer

Bank of America
Wilmington,
Delaware.

Tina D'Agostino Bertuccio

Tina Bertuccio
2209 Fairview Rd
Holliston, CA 95023

SAN JOSE CA 950
26 OCT 2022 PM 4 L

U.S.M.S.
X-RAY

US Bankruptcy Court of Delaware
District of Delaware
824 Market St, 3rd Floor
Wilmington, DE
(19801)