# 55 Wall Street Realty Inc.
## 718 New York Ave
## Huntington, NY 11743

2-16-24

United States Bankruptcy Court
District of Delaware
824 Market St. N
3rd Floor
Wilmington, De 19801

Attn: Judge Craig T. Goldblatt

RE: Friendly's Bankruptcy Case # 11-13167



Dear Judge Goldblatt,

    I understand that sometime around February of 2023 you were assigned this case that was previously handled by Judge Gross and then by Judge Sontchi

    On Monday 11/16/23 I attended a "Status Zoom Conference" with Mr. Tarr and yourself with Mr. Tarr making the statement " FINAL settlements to the unsecured creditors would be mailed out on December 23, 2023".

    Obviously this has not happened otherwise I would not be writing you. so I respectfully ask you once again, "What is the taking so long?" It's only been 13 years that this is ongoing.

    At this point it is disrespectful to all those creditors involved and "shameful" to wait this long for a resolve.

    Please HELP!

Yours truly,

Dean Kois, President
631-645-4831

Restaurant Management Group
718 New York Ave.
Huntington, NY 11743

MID-ISLAND NY 117
20 FEB 2024 PM 3 L

U.S.M.S
X-RAY

US Bankruptcy Court
District of Delaware
824 Market St. N
3rd Floor
Wilmington, De 19801
Att: Judge Craig T. Goldblatt

19801-302499